PROB 12B
ED/AR (8/2002)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**MAR 1 0 2006**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# United States District Court

### for the

### Eastern District of Arkansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Roderick Shawn Wilbert          Case Number: 4:00CR00120-001 SWW

Name of Sentencing Judicial Officer:      Honorable Susan Webber Wright
United States District Judge

Offense:          Bank Robbery

Date of Sentence:      August 31, 2001

Sentence:          70 months Bureau of Prisons, 36 months supervised release, mandatory drug testing, substance abuse treatment, financial disclosure, mental health counseling, employment requirements, $2,730.54 restitution, and $100 special penalty assessment

Type of Supervision:    Supervised Release    Date Supervision Commenced: November 29, 2005
Expiration Date: November 28, 2008

Asst. U.S. Attorney: Linda Lipe          Defense Attorney: Omar F. Greene

U.S. Probation Officer: Brent J. Young
Phone No.: 501-604-5284

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant will reside at and participate in a community correctional center for a period of time not to exceed six months, as directed by the U.S. Probation Office. He will participate in their in-house substance abuse counseling and provide drug screens at the direction of the U.S. Probation Officer. He will also be required to pay 10 percent of his gross monthly income towards his restitution obligation.**

## CAUSE

Mr. Wilbert had four outstanding misdemeanor warrants for his arrest out of Sherwood District Court Hot Check Division. The warrants allege he wrote insufficient checks totaling $299.99 and is in violation of the Arkansas Hot Check Law. On March 1, 2006, Mr. Wilbert took care of the warrants by self surrendering. He has a court date scheduled for April 6, 2006, and the total balance owed to the Court is $1,609.79.

Prob 12B                                  -2-                        Request for Modifying the
      .    ———.                                   Conditions or Terms of Supervision
                                                                      with Consent of the Offender

Name of Offender: Roderick Shawn Wilbert                         4:00CR00120-001 SWW

On January 4 and 17, 2006, Mr. Wilbert submitted urine samples which were confirmed positive for cocaine by Kroll Laboratories. On January 12, 2006, Mr. Wilbert submitted a urine sample which tested positive for cocaine. He signed an admission of drug use form stating he used cocaine on or about January 8, 2006. On February 7, 2006, Mr. Wilbert submitted a urine sample which tested positive for cocaine. He signed an admission of drug use form stating he used cocaine on or about February 6, 2006. On February 14, 2006, Mr. Wilbert submitted another urine sample which tested positive for cocaine. He signed an admission of drug use form stating he used cocaine on or about February 12, 2006. On March 3, 2006, Mr. Wilbert signed an admission of drug use form stating he used cocaine on or about March 1, 2006. In addition, Mr. Wilbert failed to report for code-a-phone drug testing on January 19, 27 and February 21, 2006.

On January 19, 2006, Mr. Wilbert failed to report to the U.S. Probation Office as scheduled. On January 23, 2006, a letter was sent to Mr. Wilbert's residence requesting he report to the U.S. Probation Office no later than Friday, January 27, 2006. Mr. Wilbert failed to report as requested and he did not have any contact with the U.S. Probation Office until February 7, 2006.

On January 30, 2006, it was determined that Mr. Wilbert was terminated from his employment on January 18, 2006. Mr. Wilbert failed to notify the U.S. Probation Office within 10 days that his employment with Frostyaire of Maumelle was terminated.

On December 21, 2005, Mr. Wilbert was referred to Recovery Centers of Arkansas to attend one drug education class per week. Mr. Wilbert failed to attend his drug education class on January 17, 24 and 31, 2006.

On January 27, 2006, Mr. Wilbert failed to attend his scheduled mental health appointment at Little Rock Community Mental Health Center. Mr. Wilbert did not call prior to his appointment and his appointment has not been rescheduled.

On March 3, 2006, Mr. Wilbert signed Probation Form 49, Waiver of Hearing to Modify Conditions of Probation. During a telephone conversation on February 21, 2006, Assistant Federal Public Defender Omar Greene advised he was in agreement with this action.


_____                    _____
Brent J. Young                                     Linda Lipe
U.S. Probation Officer                             Assistant U.S. Attorney

Date: March 7, 2006                                Date:  3-8-06


This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

· [ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ⌐ ]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

3-/0-06
_____

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

BJY/jkr

c:  Assistant Federal Public Defender, Omar F. Greene, 1401 West Capitol Avenue, Suite 490,
    Little Rock, AR 72201
    Assistant U.S. Attorney, Linda Lipe, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will reside at and participate in a community correctional center for a period of time not to exceed six months, as directed by the U.S. Probation Office. He will participate in their in-house substance abuse counseling and provide drug screens at the direction of the U.S. Probation Officer. He will also be required to pay 10 percent of his gross monthly income towards his restitution obligation.**

Witness: _____     Signed _____
U.S. Probation Officer                      Probationer or Supervised Releasee

3-3-06
DATE