**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:00CR00120-001 SWW

RODERICK SHAWN WILBERT

### ORDER

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the preponderance of the evidence, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion and supplemental motion to revoke the supervised release previously granted this defendant are granted, and his supervised release is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWENTY-FOUR (24) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant not be returned to the facility located in Polluck, Louisiana, and that he participate in a residential or non-residential substance abuse treatment program during incarceration.

There will no supervised release following defendant's term of imprisonment.

IT IS FURTHER ORDERED that $2,144.31, the balance of the restitution initially imposed, remains due and payable to Firstar Bank, North Little Rock, Arkansas.  During his term of incarceration, defendant shall pay 50% per month of all funds available to him.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 19th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE